UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GREATER ST. LOUIS CONSTRUCTION )
LABORERS WELFARE FUND, et al., )
                                                                             )
      Plaintiff(s), )
                                                                             )
vs. )     Case No. 4:10CV2118 JCH
                                                                             )
UNIFIED CONTRACTING SERVICES, )
L.L.C., )
                                                                             )
      Defendant(s). )

## **JUDGMENT**

This is an action in three counts to collect delinquent fringe benefit contributions pursuant to Section 301 of the Labor Management Relations Act of 1947, as amended, 29 U.S.C. § 185, and pursuant to Section 502 of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1132.

Defendant Unified Contracting Services, LLC was served with the summons and complaint on December 1, 2010, and has not filed an answer or otherwise entered its appearance.

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiffs have moved this Court for default judgment on the Complaint.

Plaintiffs have established that Defendant is bound by a collective bargaining agreement with Laborers Local Unions 42-53-110. This agreement requires Defendant to submit contributions to the Laborers Funds, and provides for liquidated damages of twenty percent on delinquent contributions.

Plaintiffs are owed a total of **$ 2166.17** under the terms of the agreement, which consists of **$ 125.30** in contributions, **$ 277.16** in liquidated damages, **$ .21** in interest, **$ 760.00** in accounting costs, **$ 546.50** in attorneys' fees, and **$ 457.00** in costs.

**WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs shall recover from Defendant the total sum of **$ 2166.17.**

Dated this  11   day of August, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE